1  STROOCK & STROOCK & LAVAN LLP
   JAMES E. FITZGERALD (State Bar No. 108785)
2  REID A. WINTHROP (State Bar No. 223527)
   2029 Century Park East, Suite 1800
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959

5  Attorneys for Defendant
   Allstate Insurance Company

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA V. SPIRTOS, | Case No. CV 02-8798 RGK (AJWx) |
| Plaintiff, | Hon. R. Gary Klausner |
| vs. | [PROPOSED] ORDER CONTINUING THE HEARING ON ALLSTATE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |
| | Action Filed: August 12, 2002 |
| | Trial Date: June 15, 2004 |
| | Date: None |
| | Time: None |
| | Courtroom: 850 (Roybal) |

DOCKETED ON CM
APR 12 2004
BY _____ 002

50245046v1

## ORDER

Good cause appearing, it is hereby ORDERED that Defendant Allstate Insurance Company's Ex Parte Application for Order Continuing Hearing on Allstate's Motion For Summary Judgment, or in the Alternative, Summary Adjudication is granted. The hearing on Allstate's Motion For Summary Judgment, or in the Alternative, Summary Adjudication currently set for April 19, 2004, is hereby continued to ~~April 26, 2004~~ MAY 3, 2004 at 9:00 a.m. before this Court.

The deadlines for filing and serving opposing papers shall now be due pursuant to the Local Rules based on the new hearing date of ~~April 26, 2004~~ MAY 3, 2004.

_____
United States District Judge
The Honorable R. Gary Klausner

50245046v1

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On April 2, 2004, I served the foregoing document(s) described as: **[PROPOSED] ORDER CONTINUING THE HEARING ON ALLSTATE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Jon Eardley, Esq.
> Law Offices of Jon Eardley
> 16020 Puesta Del Sol
> Whittier, CA 90603

[X] **(VIA PERSONAL SERVICE)** By causing said document(s) listed above to be personally delivered to the person(s) at the address(es) set forth above.

[ ] **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

[ ] **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

[ ] **(VIA E-MAIL)** By causing such document(s) to be electronically delivered to the office email address(es) of the addressee(s) listed below.

[ ] **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth below by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 2, 2004, at Los Angeles, California.

LINDA R. BEDRE
[Type or Print Name]                    [Signature]

50214479v1